UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Young Black Lion, *as a Fiduciary Guardian for Desean Lamont Thomas also known as Forever Elamen Ispharoah*,

        Plaintiff,

v.

Tom Roys Department of Correction, Dakota County, Ramsey County, Pine County, Chisago County, Minnesota Department of Health, Hennepin County, Minnesota Department of Revenue, Minnesota Judiciary, Minnesota Legislature, Minnesota Executive Branch, Minnesota Public Defender, Minnesota Department of Public Safety, Washington County, Minnesotas BCA, *Executive Officers of Each Entity are Sued in Both Individual & Official Capacities*,

        Defendants.

Case No. 17-cv-4724 (JNE/BRT)
ORDER

In a Report and Recommendation ("R&R") dated November 28, 2017, the Honorable Becky R. Thorson, United States Magistrate Judge, recommended (1) that Plaintiff's application to proceed in forma pauperis be denied and (2) that this action be dismissed without prejudice. ECF No. 4. Plaintiff filed no objection and instead expressed agreement with the R&R. ECF No. 5. Based on a de novo review of the record, the Court accepts the recommended disposition. *See* 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2. Therefore, IT IS ORDERED THAT:

    1. Plaintiff's application to proceed in forma pauperis [ECF No. 2] is DENIED.

2. This action [ECF No. 1] is DISMISSED WITHOUT PREJUDICE for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 15, 2017

                                                s/ Joan N. Ericksen
                                                JOAN N. ERICKSEN
                                                United States District Judge